# United States Court of Appeals
## For the First Circuit

No. 03-2143

AMERICAN CYANAMID COMPANY,
Plaintiff,

ROHM AND HAAS COMPANY,
Plaintiff, Appellee,

v.

DANIEL J. CAPUANO, JR.; JACK CAPUANO;
UNITED SANITATION, INC.,
Defendants, Appellants,

A. CAPUANO BROS., INC.; CAPUANO ENTERPRISES, INC.,
Defendants.

ERRATA SHEET

The opinion of this Court issued on August 18, 2004 is amended as follows:

On page 19, line 17: "Capuanos's" should be "Capuanos";

On page 33, line 22: "Transportation" should be "Sanitation";

On page 38, lines 4, 18 and 20 and on page 39, line 5: All references to "section 9607(3)" should instead read "section 9607(a)(3)";

On page 38, line 23: The first reference to "persons" [inside quotation mark] should be "person";

On page 48, line 10: "Capuanos" should be "Capuanos'".